# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

BLAKE AND COURTNEY FREEMAN,
INDIVIDUALLY AND ON BEHALF
OF THEIR MINOR CHILDREN

VERSUS

FON'S PEST MANAGEMENT, INC.
AND ABC INSURANCE CO.

NO. 2020 CW 0490

CONSOLIDATED WITH

NO. 2020 CW 0491

CONSOLIDATED WITH

NO. 2020 CW 0511

**AUGUST 3, 2020**

---

In Re:  Blake and Courtney Freeman, individually and on behalf of their minor children, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 164252.

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1981) (per curiam) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT